UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

TD BANK, N.A.                          )
                                       )
            Plaintiff,                 )
                                       )
    v.                                 )        CIVIL ACTION  NO._____
                                       )
BETHSHAN E. MCLEOD, JAMES W.           )
MCLEOD, RH FOSTER ENERGY, LLC.         )
                                       )
            Defendants.                )

## CIVIL ACTION -- COMPLAINT

NOW COMES Plaintiff TD Bank, N.A., by and through its undersigned counsel,

DUANE MORRIS LLP, for its Complaint against Defendants, Bethshan E. McLeod,  James W.

McLeod, and RH Foster Energy, LLC,  respectfully shows:

### THE PARTIES

1.      Plaintiff,  TD Bank, N.A.("TD Bank"), is a national banking association existing

under the laws of the United States of America. TD Bank's main office, as set forth in its articles

of association, is located in Wilmington, Delaware. It has its headquarters and main operation in

Cherry Hill, New Jersey.   It is therefore, a citizen of Delaware.

2.      Bethshan E. McLeod and James W. McLeod (the "McLeods"), are citizens of the

of Virginia, and whose last known address is 513 Little Falling Road, Concord, Virginia 24538.

3.      Defendant RH Foster Energy, LLC, is a Maine limited liability company having a

principal place of business of 110 Mecaw Road, Bangor, Maine 04401.  It sole member is Robert

H. Foster, who has an address of 110 Mecaw Road, Bangor, Maine, and is a citizen of Maine.

For diversity purposes, a limited liability company is a citizen of its members.  Because the sole

member here is a citizen of Maine, RH Foster Energy, LLC is a citizen of Maine.

9.      To secure the Note, the McLeods executed and delivered to TD Bank, N.A. a certain open-end mortgage dated August 28, 2008 and recorded in the Penobscot County Registry of Deeds in Book 11544, Page 035 (the "Mortgage"). A copy of the Mortgage is attached hereto as Exhibit C.

**COUNT I- REFORMATION OF MORTGAGE**

10.      Plaintiff repeats and re-alleges the allegations stated above in Paragraphs 1 through 9 as stated herein in full.

11.      The Mortgage Exhibit A Legal Description (the "Mortgage Legal Description") describes the Property by reference to the Deed and identifies the Property address as 2893 Ohio Street, Glenburn, Maine with a note that states: "New parcel, tax ID not assigned yet."  The Mortgage Legal Description begins on page 6 of Exhibit C.

12.      Plaintiff has confirmed with the town of Glenburn tax assessor that the Property has not yet been assigned its own tax identification number and that the Property address has not yet been changed from 2881 Ohio Street to 2893 Ohio Street.

13.      Because the intent of Plaintiff and Defendants was for the Mortgage to encumber the portion of Defendants' property identified in the Deed, and because the Property has not yet been assigned an address of 2893 Ohio Street, the Mortgage Legal Description should be reformed to reflect the address of 2881 Ohio Street, Glenburn, Maine.

14.      No party would be prejudiced by reforming the Mortgage Legal Description to identify the current Property address.

WHEREFORE, Plaintiff, TD BANK, N.A. prays this Honorable Court:

A.      Reform Plaintiff's Mortgage Legal Description to correct the property address to 2881 Ohio Street, Glenburn, Maine; and

B.      Grant such other and further relief as the Court may determine proper.

### COUNT II – FORECLOSURE BY CIVIL ACTION

15.     Plaintiff hereby restates and re-alleges the allegations contained in Paragraphs 1 through 14 as stated herein in full.

16.     Plaintiff is in possession of the original Note.

17.     Plaintiff is the owner of the Note.

18.     Plaintiff is entitled to collect the debt evidenced by the Note and is the party entitled to enforce the Mortgage.

19.     RH Foster Energy, LLC, may claim an interest by virtue of a Writ of Execution, dated May 6, 2011 and recorded in the Penobscot County Registry of Deeds in Book 12501, Page 257. Said Writ of Execution has a principal amount of $2,239.40.

20.     Bethshan E. McLeod is in default of the Note, having failed to make the monthly payment due September 27, 2015, and having failed to make all payments due thereafter (the "Default").  As a result, the McLeods  have breached a condition of the Mortgage.

21.     In compliance with the Note and Mortgage and/or 14 M.R.S.A. § 6111, on April 26, 2016, TD Bank, N.A. caused to be sent a Notice of Right to Cure to the McLeods  by ordinary first class U.S. mail with certificate of mailing (the "Default Letter"). Copies of the Default Letters are attached hereto and made a part hereof as Exhibit D.

22.     To date, the McLeods  have failed to cure the Default.  Accordingly, there is now due and owing to Plaintiff the outstanding principal balance under the Note and Mortgage,

including accrued interest, late charges and applicable fees through April 14, 2016, the sum of $105,110.35.

23.     In order to protect its security interest, Plaintiff likely will be further compelled during the pendency of this action to advance payments for tax, water and sewer assessments, insurance premiums, and other charges affecting the Property, or some part thereof, and Plaintiff requests that any such sum or sums to be paid be added to the Note and be deemed secured by the Mortgage and be further deemed a valid lien on the Property.

24.     By virtue of the McLeods' breach of the terms of the Note and Mortgage, TD Bank, is entitled to: (i) judgment in its favor and against Defendants in the amount of $105,110.35, together with interest from April 14, 2016, at the rate of $12.292170 per diem to the date of judgment, and other costs and charges collectible under the mortgage; (ii) an order setting the priority of the liens, in accordance with the allegations set forth above; (iii) a Judgment of Foreclosure and Sale in conformity with Title 14 M.R.S.A. §6322, and allowing for the sale to be conducted in accordance with 14 M.R.S.A. §6323 or, in the alternative, by the United States Marshal Service; and (iv) an Order allowing exclusive possession of the real estate to TD Bank upon the expiration of the statutory 90 day period of redemption.

WHEREFORE, TD Bank prays that this Honorable Court:

A.     Enter an order that forever bars and forecloses all rights, claims, liens and any equity of redemption in the Property of the McLeods , and every person whose conveyance or encumbrance is subsequent or subsequently recorded after the filing of a copy of the Complaint instituting this action in the  Penobscot County Registry of Deeds.

B.     Enter an order setting the priority of the parties and amounts due such parties, in accordance with the allegations set forth in the Complaint;

C.      Enter judgment in favor of TD Bank and against the McLeods  in the amount of $105,110.35 together with interest from April 14, 2016, at the rate of  $12.292170 per diem to the date of judgment, and other costs and charges collectible under the Note and Mortgage;

D.      Enter Judgment of Foreclosure and Sale in conformity with Title 14 M.R.S.A. §6322, and allowing for the sale to be conducted in accordance with 14 M.R.S.A. §6323 or, in the alternative, by the United States Marshal Service;

E.      Enter an Order against Bethshan McLeod allowing Plaintiff to be paid the amount adjudged to be due Plaintiff, with  interest thereon to the time of such payment, together with the costs and expenses of this action and the expense of said sale;

F.      Enter an Order that Defendant, Bethshan McLeod, is liable for any deficiency balance remaining due TD Bank after the sale of the Property and application of the proceeds of the sale;

G.      Enter an Order allowing exclusive possession of the real estate to TD Bank upon the expiration of the statutory 90 day period of redemption.

H.      Grant Plaintiff such other relief as the Court may determine to be just and equitable.

Dated: November 1, 2016

Respectfully submitted,

DUANE MORRIS LLP

 /s/ Brett Messinger
By:     Brett Messinger
        Andrea T. Holbrook
2 Monument Square, Suite 505
Portland, Maine 04101
blmessinger@duanemorris.com
atholbrook@duanemorris.com
(215) 979-1508/1677
Attorneys for Plaintiff